1913.) Action by Carrie E. Monaghan against Nellie A. Monaghan and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

MOREY v. STEWART. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Ellwood P. Morey against Fannie E. Stewart, as executrix, etc., of Samuel C. Stewart, deceased. No opinion. Motion granted, with $10 costs, unless the appellant procures case to be printed and placed on the calendar, and consents to argue the same at the next term, in which case motion is denied.

MORISON, Respondent, v. McADAM, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Mary Morison against Margaret E. McAdam, as executrix, etc., of John McAdam, deceased. No opinion. Judgment modified, by striking out the provision, "with costs of this action in the sum of $159.02, to be taxed and inserted herein by the clerk, making the total sum of $1,635.02," and, as so modified, affirmed, without costs.

In re MORRIS & CUMINGS DREDGING CO. (Supreme Court, Appellate Division, First Department. December 31, 1913.) In the matter of the Morris & Cumings Dredging Company. No opinion. Motion denied. Order filed. See, also, 158 App. Div. 924, 143 N. Y. Supp. 1131.

MORTGAGE SECURITIES CO. OF NEW YORK, Respondent, v. SANBORN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by the Mortgage Securities Company of New York against Minnie G. Sanborn and others. No opinion. Judgment of the County Court of Kings County affirmed, with costs.

MOTOR TAXIMETER CAB CO., Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by the Motor Taximeter Cab Company against the City of New York and others. H. T. Andrews, of New York City, for appellant. A. R. Watson, of New York City, for respondents.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
SCOTT, J., dissents.

MOTTAJ, Appellant, v. BLANK et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Elizabeth Mottaj against Joseph Blank and another. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the evidence produced by the plaintiff, together with the admissions in the pleadings of the defendants, made out a prima facie case.

In re MOYNIHAN. (Supreme Court, Appellate Division, First Department. December 31, 1913.) In the matter of Edward A. Moynihan. No opinion. Order reversed, and motion granted, without costs. Settle order on notice.

MULLEN, Appellant, v. SCHENECTADY RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by John E. Mullen, as administrator, etc., of Bartley J. E. Mullen, late of the county of Albany, deceased, against the Schenectady Railway Company. No opinion. Motion denied. See, also, 143 N. Y. Supp. 1132.

MULLER, Respondent, v. N. T. SWENEY'S SONS & CO., Appellants. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by John Muller against N. T. Sweney's Sons & Co. No opinion. Judgment and order unanimously affirmed, with costs.

MURPHY, Respondent, v. LONG ISLAND ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Edward J. Murphy against the Long Island Electric Railway Company. No opinion. Order reversed, with costs, and verdict unanimously reinstated, with costs. See Simonsen v. Brooklyn Heights R. R. Co., 53 App. Div. 478, 65 N. Y. Supp. 1077.

MURTHA, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Catherine Murtha, as administratrix, against the Pennsylvania Railroad Company. J. M. Hartfield, of New York City, for appellant. E. T. Taliaferro, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the finding that the decedent was free from contributory negligence is against the weight of evidence. Settle order on notice. See, also, 144 N. Y. Supp. 1131.

MURTHA v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Catherine Murtha, as administratrix, against the Pennsylvania Railroad Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1131.

MUSS, Respondent, v. MUSS, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Bailie Muss against Louis Muss, also known as Louis Kaufman. J. J. McCall, of Albany, for